Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 20–12224–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx–xx–9127

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/14/20
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: wdr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 20-12224-MBK
Dominick J Bazanka                                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Mar 03, 2020
                              Form ID: 132           Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db             +Dominick J Bazanka,    339 Montana Avenue,    Trenton, NJ 08619-2843
518705650       Hamilton Pediatric Associates PC,    3 Hamilton Health Place, Suite A,    Trenton, NJ 08690-3542
518705654      +MRS BPOI LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518705656       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518705657      +Santander Bank NA,    PO Box 841002,    Boston, MA 02284-1002
518705658       Santander Bank NA,    Mail Code 10-421-CN2,    Po Box 12646,    Reading, PA 19612-2646
518724845      +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:14      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518716360      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 00:21:53
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518705649       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 04 2020 00:21:56      BMW Financial Services,
                 Regional Service center,    PO Box 3608,    Dublin, OH 43016-0306
518705648       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:38      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518705651       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 00:21:47      JPMCB Card Services,
                 Box 15369,   Wilmington, DE 19850
518705652      +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 00:19:24      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,   Milwaukee, WI 53201-3115
518705653       E-mail/Text: camanagement@mtb.com Mar 04 2020 00:19:49      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
518705655       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:21:54
                 PORTFOLIO RECOVERY Assoc,    120 CORPORATE BLVD STE 100,    Norfolk, VA 23502
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark K. Smith    on behalf of Debtor Dominick J Bazanka markksmithlaw@aol.com,  Romasmith@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```