# United States Bankruptcy Court
### District of New Jersey

In re  **Dominick J Bazanka**                                              Case No.  **20-12224**
                              Debtor(s)                                     Chapter   **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing I and J, consisting of __**4**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 4, 2020**                        Signature  **/s/ Dominick J Bazanka**
                                                          **Dominick J Bazanka**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.