**Mester and Schwartz, P.C.**
**Jason Brett Schwartz, Esquire**
**Bar No. 4217**
**1917 Brown Street**
**Philadelphia, PA 19130**
**(267) 909-9036**

**ATTORNEY FOR CREDITOR: BMW BANK OF NORTH AMERICA**

## IN THE BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY
## HONORABLE MICHAEL B. KAPLAN

| | | |
|---|---|---|
| In re: | : | Case No. 20-12224-MBK |
| | : | |
| DOMINICK J. BAZANKA, | : | Chapter 13 |
| | : | |
| Debtor, | : | Hearing Date: April 14, 2020 at 10:00 a.m. |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO
## CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

     Kindly withdraw the Objection to Confirmation of Chapter 13 Plan filed by Creditor, BMW Bank of North America, on March 27, 2020 at Doc. No. 15.

                                            MESTER AND SCHWARTZ, P.C.

                                            /s/ Jason Brett Schwartz
                                            Jason Brett Schwartz, Esq.
                                            Counsel for Creditor