UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
LakeView Loan Servicing, LLC

In Re:

Dominick Bazanka,

Debtor.

Case No.:      20-12224-MBK

Chapter:            13

Hearing Date:      5/27/2020

Judge:          Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 33)

_____

Date: 5/20/2020                                    /s/ Denise Carlon
                                                          Signature

*rev.8/1/15*