Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12224−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 2, 2020 and a confirmation hearing on such Plan has been scheduled for May 27, 2020.

The debtor filed a Modified Plan on May 18, 2020 and a confirmation hearing on the Modified Plan is scheduled for June 24, 2020 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 19, 2020
JAN: wdr

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 20-12224-MBK
Dominick J Bazanka                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: May 19, 2020
                              Form ID: 186               Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             +Dominick J Bazanka,    339 Montana Avenue,    Trenton, NJ 08619-2843
518777292      +BMW Financial Services Attn: Customer Accounting,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
518768921       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518705650       Hamilton Pediatric Associates PC,    3 Hamilton Health Place, Suite A,    Trenton, NJ 08690-3542
518745806      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518807559       Lakeview Loan Servicing, LLC,    PO Box 840,   Buffalo, NY 14249
518705654      +MRS BPOI LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518705656       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518705657      +Santander Bank NA,    PO Box 841002,    Boston, MA 02284-1002
518705658       Santander Bank NA,    Mail Code 10-421-CN2,    Po Box 12646,    Reading, PA 19612-2646
518724845      +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
518822892      +Vacation Villas at Fantasy World,     5005 Kyngs Heath Road,    Kissimmee, FL 34746-5574

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2020 23:00:25      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2020 23:00:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 19 2020 23:27:05
                 BMW Bank of North America,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518716360      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 19 2020 23:27:23
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518705649       E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 19 2020 23:27:14      BMW Financial Services,
                 Regional Service center,    PO Box 3608,    Dublin, OH 43016-0306
518705648       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 19 2020 23:00:04      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518705651       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 23:38:25      JPMCB Card Services,
                 Box 15369,    Wilmington, DE 19850
518705652      +E-mail/Text: bncnotices@becket-lee.com May 19 2020 22:59:58      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
518705653       E-mail/Text: camanagement@mtb.com May 19 2020 23:00:11      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
518705655       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
                 PORTFOLIO RECOVERY Assoc,    120 CORPORATE BLVD STE 100,    Norfolk, VA 23502
518752139       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
                 Portfolio Recovery Associates, LLC,    c/o Cabela's Club,    POB 41067,   Norfolk VA 23541
518800649      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 23:05:06      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 19, 2020
                              Form ID: 186             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
          Mark K. Smith     on behalf of Debtor Dominick J Bazanka markksmithlaw@aol.com,  Romasmith@aol.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 5