| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-12224 / MBK**

Dominick J Bazanka

Petition Filed Date: 02/10/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 06/24/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $257.68 | 66921090 | 04/14/2020 | $45.00 | 67106960 | 05/04/2020 | $257.68 | 67607900 |
| 06/01/2020 | $45.00 | 68256140 | 06/30/2020 | $45.00 | 68943700 | 08/10/2020 | $230.00 | 70015590 |
| 09/08/2020 | $576.00 | 70690290 | 11/02/2020 | $459.42 | 71992210 | 11/16/2020 | $459.42 | 72349050 |
| 12/14/2020 | $459.42 | 73029710 | 01/25/2021 | $459.42 | 73994780 | 02/23/2021 | $459.42 | 74664620 |

**Total Receipts for the Period: $3,753.46    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,753.46**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dominick J Bazanka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark K. Smith, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»»  DEPOSIT ACCOUNT | Unsecured Creditors | $5,901.27 | $0.00 | $5,901.27 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,934.62 | $0.00 | $1,934.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CABELA'S CLUB | Unsecured Creditors | $808.63 | $0.00 | $808.63 |
| 4 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $543.09 | $0.00 | $543.09 |
| 5 | BMW FINANCIAL SERVICES NA,LLC<br>»»  2011 BMW 3 SERIES/CRAM | Secured Creditors | $7,875.00 | $941.80 | $6,933.20 |
| 6 | BMW FINANCIAL SERVICES NA,LLC<br>»»  2011 BMW 3 SERIES/CRAM BAL | Unsecured Creditors | $6,445.40 | $0.00 | $6,445.40 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,078.92 | $0.00 | $1,078.92 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $119.28 | $0.00 | $119.28 |
| 9 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/339 MONTANA HAMILTON/1ST MTG/ORDER 5/28/20 | Mortgage Arrears | $13,906.31 | $1,663.12 | $12,243.19 |
| 10 | Vacation Villas at Fantasty World<br>»»  TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12224 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,753.46 | Plan Balance: | $21,660.58 ** |
| Paid to Claims: | $2,604.92 | Current Monthly Payment: | $459.42 |
| Paid to Trustee: | $285.74 | Arrearages: | $112.84 |
| Funds on Hand: | $862.80 | Total Plan Base: | $25,414.04 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**