Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
2 Princess Road, Suite 1-G
Lawrenceville, NJ 08646
(609)512-1775
(609)896-2808 (Fax)
MarkKSmithLaw@aol.com
Attorney for Debtor

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| DOMINICK BAZANKA,<br>Debtor. | Case No. 20-12224 (MBK)<br><br>Chapter 13<br><br>CERTIFICATION OF DOMINICK BAZANKA |

I, Dominick Bazanka, hereby certify:

1. I am the debtor in the above bankruptcy proceeding. I offer this Certification in opposition to the Motion for Relief from Automatic Stay filed by Lakeview Loan Servicing ("Creditor")..

2. The Creditor is seeking stay relief on the basis that I missed three mortgage payments totalling $3268.18. As acknowledged by the Bank, I have made partial payments totalling $1,071.98 that is being held in suspense.

3. I had incurred additional expenses during the past few months but I am currently able to resume regular monthly payments starting June 11, 2021 and am proposing to cure the arrears in equal monthly installments over six months starting on June 25, 2021.

4. Accordingly, I respectfully request the Court to deny the Creditor's Motion for Stay Relief .

I certify under the penalty of perjury that the foregoing statements made by me are true.

/s/ Dominick Bazanka

-------------------------------------------
DOMINICK BAZANKA

Dated: May 28, 2021