| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 20-12224 / MBK

Dominick J Bazanka

Petition Filed Date: 02/10/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 06/24/2020

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | $459.42 | 73994780 | 02/23/2021 | $459.42 | 74664620 | 03/22/2021 | $459.42 | 75417590 |
| 04/19/2021 | $459.42 | 76097010 | 05/17/2021 | $459.42 | 76740390 | 07/06/2021 | $459.42 | 77885720 |
| 07/26/2021 | $225.00 | 78321240 | 08/23/2021 | $459.42 | 78937770 | 10/18/2021 | $459.42 | 80221650 |
| 11/29/2021 | $459.42 | 81101230 | 01/28/2022 | $100.00 | 82383310 | | | |

**Total Receipts for the Period: $4,459.78   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,294.40**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dominick J Bazanka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark K. Smith, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER BANK, NA <br> »» DEPOSIT ACCOUNT | Unsecured Creditors | $5,901.27 | $0.00 | $5,901.27 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,934.62 | $0.00 | $1,934.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »» CABELA'S CLUB | Unsecured Creditors | $808.63 | $0.00 | $808.63 |
| 4 | CAPITAL ONE, NA <br> »» KOHLS | Unsecured Creditors | $543.09 | $0.00 | $543.09 |
| 5 | BMW FINANCIAL SERVICES NA,LLC <br> »» 2011 BMW 3 SERIES/CRAM | Secured Creditors | $7,875.00 | $2,209.01 | $5,665.99 |
| 6 | BMW FINANCIAL SERVICES NA,LLC <br> »» 2011 BMW 3 SERIES/CRAM BAL | Unsecured Creditors | $6,445.40 | $0.00 | $6,445.40 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,078.92 | $0.00 | $1,078.92 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $119.28 | $0.00 | $119.28 |
| 9 | LAKEVIEW LOAN SERVICING LLC <br> »» P/339 MONTANA HAMILTON/1ST MTG/ORDER 5/28/20 | Mortgage Arrears | $13,906.31 | $3,900.89 | $10,005.42 |
| 10 | Vacation Villas at Fantasty World <br> »» TIMESHARE | Mortgage Arrears <br> No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC <br> »» 339 MONTANA AVE/ATTY FEES 6/16/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 20-12224 / MBK**

| SUMMARY |
|:---:|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,294.40 | Plan Balance: | $18,717.64  ** |
| Paid to Claims: | $6,647.90 | Current Monthly Payment: | $459.42 |
| Paid to Trustee: | $554.90 | Arrearages: | $2,084.94 |
| Funds on Hand: | $91.60 | Total Plan Base: | $26,012.04 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**