Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
1430 Innis Lane
Yardley PA 19067
(267)391-7352
MarkKSmithLaw@aol.com
Attorney for Debtor

|  |  |
|---|---|
| In re: | : <br> : UNITED STATES BANKRUPTCY COURT <br> : FOR THE DISTRICT OF NEW JERSEY <br> : |
| DOMINICK BAZANKA, <br> Debtor. | : Case No. 20-12224 (MBK) <br> : <br> : Chapter 13 <br> : <br> : CERTIFICATION OF DOMINICK BAZANKA |

I, Dominick Bazanka, hereby certify:

1. I am the debtor in the above bankruptcy proceeding. I offer this Certification in response to the Secured Creditor's Certification of Default.

2. I had a temporary reduction in hours that reduced my income, coupled with some addition expenses, that caused me to fall behind on my mortgage payments.

3. I will resume regular monthly payments to the mortgage starting tomorrow April 1, 2022

4. I propose to cure the arrears to the Secured Creditor from my deferred compensation account, which has a current balance of $90.098.11. I retired effective March 1, 2022,and have applied for the funds necessary to satisfy the arrears necessary to pay both the Trustee and Secured Creditor. Pursuant to state guidelines, the funds will be released no later than 30 days from date of request. Accordingly, I propose to pay the arrears no later than April 4, 2022

5. Accordingly, I respectfully request the Court to deny the Secured Creditor's Certification of Default..

I certify under the penalty of perjury that the foregoing statements made by me are true.

/s/ Dominick Bazanka

---------------------------------------------
DOMINICK BAZANKA

Dated: March 3, 2022