Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−12224−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/13/22 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:47 Motion for Relief from Stay re: re: 339 Montana Avenue, Hamilton, NJ, 08619. Fee Amount $ 188. filed by Creditor LakeView Loan Servicing, LLC, 50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LakeView Loan Servicing, LLC. Objection deadline is 03/7/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court