UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ 08608
(609) 695-6070
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

In Re:

BROWN, CAROLYN E.,

Case No.: 20-20921(CMG)

Chapter: 7

Hearing Date: 1/19/2021, 10am

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, Andrea Dobin,

   ☒ am the attorney for: Thomas J. Orr, Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Dismiss/Stay Relief (ECF 35)

   Current hearing date and time: 1/19/2021, 10am

   New date requested: 2/2/2021, 10am

   Reason for adjournment request: Motion was filed during Chapter 13 case. Chapter 7 Trustee needs time to evaluate now that he has been made aware of it.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: January 13, 2021              /s/ Andrea Dobin
                                    Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted  New hearing date: February 2, 2021 at 10;:00 a.m.  ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2