| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-12224 / MBK**

Dominick J Bazanka

Petition Filed Date: 02/10/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 06/24/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2022 | $100.00 | 82383310 | 02/09/2022 | $459.42 | 82593930 | 03/07/2022 | $459.42 | 83231480 |
| 03/08/2022 | $1,725.52 | 83270050 | 04/04/2022 | $459.42 | 83834260 | 05/02/2022 | $459.42 | 84388730 |
| 06/06/2022 | $459.42 | 85071250 | 07/11/2022 | $459.42 | 85743970 | 08/02/2022 | $459.42 | 86240090 |
| 09/02/2022 | $459.42 | 86850920 | 10/06/2022 | $459.42 | 87545040 | 11/08/2022 | $459.42 | 88157580 |
| 12/15/2022 | $459.42 | 88836750 | 01/06/2023 | $459.42 | 89247840 | 01/06/2023 | $459.42 | 89247840 |
| 01/06/2023 | ($459.42) | 89247840 | 02/06/2023 | $459.42 | 89812180 | 03/02/2023 | $459.42 | 90313980 |

**Total Receipts for the Period:  $8,257.40    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,451.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dominick J Bazanka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark K. Smith, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»» DEPOSIT ACCOUNT | Unsecured Creditors | $5,901.27 | $0.00 | $5,901.27 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,934.62 | $0.00 | $1,934.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CABELA'S CLUB | Unsecured Creditors | $808.63 | $0.00 | $808.63 |
| 4 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $543.09 | $0.00 | $543.09 |
| 5 | BMW FINANCIAL SERVICES NA,LLC<br>»» 2011 BMW 3 SERIES/CRAM | Secured Creditors | $7,875.00 | $4,520.81 | $3,354.19 |
| 6 | BMW FINANCIAL SERVICES NA,LLC<br>»» 2011 BMW 3 SERIES/CRAM BAL | Unsecured Creditors | $6,445.40 | $0.00 | $6,445.40 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,078.92 | $0.00 | $1,078.92 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $119.28 | $0.00 | $119.28 |
| 9 | Nationstar Mortgage LLC<br>»» P/339 MONTANA HAMILTON/1ST MTG/ORDER 5/28/20/LAKEVIEW | Mortgage Arrears | $13,906.31 | $7,983.27 | $5,923.04 |
| 10 | Vacation Villas at Fantasty World<br>»» TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 11 | Nationstar Mortgage LLC<br>»» 339 MONTANA AVE/ATTY FEES 6/16/21/LAKEVIEW | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

Chapter 13 Case No. 20-12224 / MBK

| | | | | | |
|---|---|---|---|---|---|
| 12 | Nationstar Mortgage LLC<br>»»  339 MONTANA AVE/ATTY FEES<br>3/22/22/LAKEVIEW | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,451.80 | Plan Balance: | $10,949.24  ** |
| Paid to Claims: | $13,392.08 | Current Monthly Payment: | $459.42 |
| Paid to Trustee: | $1,207.04 | Arrearages: | ($100.00) |
| Funds on Hand: | $852.68 | Total Plan Base: | $26,401.04 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.