Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−12224−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/14/24 at 09:00 AM

to consider and act upon the following:

*69* − Motion for Relief from Stay re: 2011 BMW 3 Series Sedan 4D 328xi AWD 3.0L I6. Fee Amount $ 199. Filed by Regina Cohen on behalf of BMW Bank of North America. Hearing scheduled for 1/24/2024 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Certification of Post − petition history # 7 Certification In Support of Motion # 8 Certificate of Service # 9 Proposed Order # 10 Statement as to Why No Brief is Necessary) (Cohen, Regina)

Dated: 1/8/24

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court