UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ  08608
(609) 695-6070
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

In Re:

BROWN, Carolyn E.,

Case No.:    20-20921(CMG)

Chapter:    7

Hearing Date:    3/23/2021, 10am

Judge:    Gravelle

## ADJOURNMENT REQUEST

1. I, Andrea Dobin,

    ☒ am the attorney for: Thomas J. Orr, Trustee,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Moiton to Dismiss/Motion for Relief - ECF 35

    Current hearing date and time: 3/23/2021, 10am

    New date requested: 4/20/2021, 10am

    Reason for adjournment request: The Trustee has engaged in discussions with Movant to address (in a global manner) Movant's concerns.  These discussions are continuing.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 16, 2021              /s/ Andrea Dobin
                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: April 20, 2021 at 10:00 a.m.     ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**