| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Dominick J Bazanka<br><br>        Debtor | Case No.: 20-12224<br>Adversary No.: ____<br>Chapter: 13<br>Judge: Michael B Kaplan |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address: 450 Penn Street
MC: 10-421-MC3
Reading, PA 19602

New address: 1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

New phone no.: 610-988-0977
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 1/22/2025         /s/Lynn A Grimm
                        Signature

*rev.8/1/2021*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Lynn A Grimm Bankruptcy Administrator Santander Bank, N.A. 1130 Berkshire Blvd MC: PA-WYO-BKR2 Wyomissing, PA 19610 | Case No.: | 20-12224 |
| | Chapter: | 13 |
| In Re: Dominick J Bazanka                                      Debtor | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Michael B Kaplan |

## CERTIFICATION OF SERVICE

1. I, _Lynn A Grimm_ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☑ am the _creditor_ in the this case and am representing myself.

2. On _January 22, 2025_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Change of Address

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _01/22/2025_

/s/Lynn A Grimm
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DOMINICK J BAZANKA<br>339 MONTANA AVE<br>TRENTON, NJ 08619-2843 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| ALBERT RUSSO<br>PO BOX 4853<br>TRENTON, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| MARK K SMITH<br>MARKKSMITHLAW@AOL.COM | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

2