| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 20-12224 / MBK**

Dominick J Bazanka

Petition Filed Date: 02/10/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 06/24/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $459.42 | 95606630 | 02/05/2024 | $459.42 | 96164750 | 03/04/2024 | $459.42 | 96651450 |
| 04/08/2024 | $459.42 | 97235860 | 05/10/2024 | $230.00 | 97787660 | 05/17/2024 | $115.00 | 97902680 |
| 05/22/2024 | $115.00 | 97952480 | 06/03/2024 | $25.00 | 98050980 | 06/03/2024 | $459.42 | 98134550 |
| 07/08/2024 | $115.00 | 98688750 | 07/12/2024 | $115.00 | 98780410 | 07/17/2024 | $115.00 | 98860080 |
| 07/19/2024 | $115.00 | 98889040 | 08/12/2024 | $115.00 | 99241260 | 08/16/2024 | $115.00 | 99327130 |
| 08/30/2024 | $230.00 | 99538830 | 09/13/2024 | $150.00 | 99767470 | 09/23/2024 | $125.00 | 99883080 |
| 09/27/2024 | $185.00 | 99977340 | 09/30/2024 | $185.00 | 10002345 | 10/04/2024 | $175.00 | 10011440 |
| 11/07/2024 | $550.00 | 10061505 | 11/20/2024 | $930.00 | 10081601 | | | |

**Total Receipts for the Period: $6,002.10    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,588.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dominick J Bazanka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark K. Smith, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»»  DEPOSIT ACCOUNT | Unsecured Creditors | $5,901.27 | $354.39 | $5,546.88 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,934.62 | $116.18 | $1,818.44 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CABELA'S CLUB | Unsecured Creditors | $808.63 | $48.56 | $760.07 |
| 4 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $543.09 | $32.61 | $510.48 |
| 5 | BMW FINANCIAL SERVICES<br>»»  2011 BMW 3 SERIES/CRAM/SV 2/15/24 | Secured Creditors<br>Hold Funds: Stay Vacated | $7,875.00 | $6,363.23 | $1,511.77 |
| 6 | BMW FINANCIAL SERVICES<br>»»  2011 BMW 3 SERIES/CRAM BAL | Unsecured Creditors<br>Hold Funds: Stay Vacated | $6,445.40 | $387.07 | $6,058.33 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,078.92 | $64.79 | $1,014.13 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $119.28 | $0.00 | $119.28 |
| 9 | Nationstar Mortgage LLC<br>»»  P/339 MONTANA HAMILTON/1ST MTG/ORDER 5/28/20/LAKEVIEW | Mortgage Arrears | $13,906.31 | $13,906.31 | $0.00 |
| 10 | Vacation Villas at Fantasty World<br>»»  TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12224 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 11 | Nationstar Mortgage LLC<br>»»  339 MONTANA AVE/ATTY FEES ORDER 6/16/21/LAKEVIEW | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 12 | Nationstar Mortgage LLC<br>»»  339 MONTANA AVE/ATTY FEES ORDER 3/22/22/LAKEVIEW | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,588.68 | Plan Balance: | $812.36 ** |
| Paid to Claims: | $22,161.14 | Current Monthly Payment: | $459.42 |
| Paid to Trustee: | $1,908.59 | Arrearages: | ($129.64) |
| Funds on Hand: | $1,518.95 | Total Plan Base: | $26,401.04 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**