UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>CAROLYN E. BROWN,<br><br>Debtor. | Case No.: 20-20921 (CMG)<br>Chapter: 7<br>Judge: Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

__Thomas J. Orr__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne Naughton, Clerk
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __April 20, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 E. State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Real property located at 11 Oak Glen Lane, Colts Neck, NJ.

Proposed Purchaser:
Peter Toscano and Dana Wells

Sale price: $906,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Berkshire Hathaway Home Services Fox & Roach Realtors
Amount to be paid: $45,300
Services rendered: Real estate broker - listed and marketed property for sale.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph R. Zapata, Jr., Counsel to Thomas J. Orr, Chapter 7 Trustee

Address: McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-681-7979

*rev.8/1/15*