Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−12224−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2020.

On February 12, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            April 2, 2025
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 13, 2025
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                          Case No. 20-12224-MBK
Dominick J Bazanka                                                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                          User: admin                                           Page 1 of 3
Date Rcvd: Feb 13, 2025                               Form ID: 185                                    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick J Bazanka, 339 Montana Avenue, Trenton, NJ 08619-2843 |
| 518705650 | | Hamilton Pediatric Associates PC, 3 Hamilton Health Place, Suite A, Trenton, NJ 08690-3542 |
| 518807559 | | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14249 |
| 518724845 | + | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518822892 | + | Vacation Villas at Fantasy World, 5005 Kyngs Heath Road, Kissimmee, FL 34746-5574 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 21:03:59 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, Ga 30097-8461 |
| 518716360 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 21:04:57 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518705649 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 13 2025 21:04:06 | BMW Financial Services, Regional Service center, PO Box 3608, Dublin, OH 43016-0306 |
| 518777292 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 13 2025 21:03:38 | BMW Financial Services, Attn: Customer Acct., 1400 City View Dr., Columbus, OH 43215-1477 |
| 518768921 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:04:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518705648 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2025 20:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518705651 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2025 21:04:23 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 518745806 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518705652 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 13 2025 20:53:00 | KOHLS DEPARTMENT STORE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518705653 | | Email/Text: camanagement@mtb.com | Feb 13 2025 20:55:00 | M&T Bank, PO Box 1288, Buffalo, NY |

| | | | | |
|---|---|---|---|---|
| 518705654 | ^ MEBN | | Feb 13 2025 20:46:34 | 14240-1288<br>MRS BPOI LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519663900 | Email/Text: nsm_bk_notices@mrcooper.com | | Feb 13 2025 20:54:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519663901 | Email/Text: nsm_bk_notices@mrcooper.com | | Feb 13 2025 20:54:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC |
| 518705655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Feb 13 2025 21:04:31 | PORTFOLIO RECOVERY Assoc, 120 CORPORATE BLVD STE 100, Norfolk, VA 23502 |
| 518752139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Feb 13 2025 21:03:56 | Portfolio Recovery Associates, LLC, c/o Cabela's Club, POB 41067, Norfolk VA 23541 |
| 518705656 | ^ MEBN | | Feb 13 2025 20:46:20 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518705657 | + Email/Text: DeftBkr@santander.us | | Feb 13 2025 20:55:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 518705658 | + Email/Text: DeftBkr@santander.us | | Feb 13 2025 20:55:00 | Santander Bank NA, Mail Code PA-WYO-BKR2, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 518800649 | + Email/PDF: ebn_ais@aisinfo.com | | Feb 13 2025 21:04:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Dominick J Bazanka agorski@gorskiknowlton.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 13, 2025 | Form ID: 185 | Total Noticed: 27 |

Charles G. Wohlrab
    on behalf of Creditor LakeView Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Kathleen M Magoon
    on behalf of Creditor LakeView Loan Servicing LLC logsecf@logs.com, kathleenmagoon@gmail.com

Kimberly A. Wilson
    on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Regina Cohen
    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10