Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12224−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 4, 2025.

Dated: April 4, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                     Case No. 20-12224-MBK

Dominick J Bazanka                                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                              User: admin                                              Page 1 of 3

Date Rcvd: Apr 04, 2025                                Form ID: plncf13                                  Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick J Bazanka, 339 Montana Avenue, Trenton, NJ 08619-2843 |
| 518705650 | | Hamilton Pediatric Associates PC, 3 Hamilton Health Place, Suite A, Trenton, NJ 08690-3542 |
| 518705652 | + | KOHLS DEPARTMENT STORE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518807559 | | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14249 |
| 518724845 | + | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518822892 | + | Vacation Villas at Fantasy World, 5005 Kyngs Heath Road, Kissimmee, FL 34746-5574 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 04 2025 21:27:51 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 04 2025 21:13:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, Ga 30097-8461 |
| 518716360 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 04 2025 21:17:19 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518705649 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 04 2025 21:17:02 | BMW Financial Services, Regional Service center, PO Box 3608, Dublin, OH 43016-0306 |
| 518777292 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 04 2025 21:28:00 | BMW Financial Services, Attn: Customer Acct., 1400 City View Dr., Columbus, OH 43215-1477 |
| 518768921 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 21:16:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518705648 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2025 21:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518705651 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2025 21:17:00 | JPMCB Card Services, Box 15369, Wilmington, DE 19850-5369 |
| 518745806 | + | Email/Text: RASEBN@raslg.com | Apr 04 2025 21:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518705653 | | Email/Text: camanagement@mtb.com | Apr 04 2025 21:14:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: plncf13 | Total Noticed: 27 |

| 518705654 | ^ MEBN | Apr 04 2025 21:08:28 | MRS BPOI LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519663900 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 04 2025 21:13:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519663901 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 04 2025 21:13:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC |
| 518705655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 21:16:49 | PORTFOLIO RECOVERY Assoc, 120 CORPORATE BLVD STE 100, Norfolk, VA 23502 |
| 518752139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 21:28:00 | Portfolio Recovery Associates, LLC, c/o Cabela's Club, POB 41067, Norfolk VA 23541 |
| 518705656 | ^ MEBN | Apr 04 2025 21:08:12 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518705657 | + Email/Text: DeftBkr@santander.us | Apr 04 2025 21:14:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 518705658 | + Email/Text: DeftBkr@santander.us | Apr 04 2025 21:14:00 | Santander Bank NA, Mail Code PA-WYO-BKR2, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 518800649 | + Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 21:17:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Dominick J Bazanka agorski@gorskiknowlton.com |
| Charles G. Wohlrab | |

| | |
|---|---|
| | on behalf of Creditor LakeView Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Kathleen M Magoon | on behalf of Creditor LakeView Loan Servicing LLC logsecf@logs.com, kathleenmagoon@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| Regina Cohen | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10