Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12224−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      5/14/25
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton, PC
Attorney for Debtor

COMMISSION OR FEES
Fees: $1,130.00

EXPENSES
$5.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 10, 2025
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12224-MBK |
| Dominick J Bazanka | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 10, 2025 | Form ID: 137 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick J Bazanka, 339 Montana Avenue, Trenton, NJ 08619-2843 |
| 518705650 | | Hamilton Pediatric Associates PC, 3 Hamilton Health Place, Suite A, Trenton, NJ 08690-3542 |
| 518807559 | | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14249 |
| 518724845 | + | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518822892 | + | Vacation Villas at Fantasy World, 5005 Kyngs Heath Road, Kissimmee, FL 34746-5574 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2025 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 21:38:56 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RASEBN@raslg.com | Apr 10 2025 21:28:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, Ga 30097-8461 |
| 518716360 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 21:39:55 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518705649 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 10 2025 21:26:58 | BMW Financial Services, Regional Service center, PO Box 3608, Dublin, OH 43016-0306 |
| 518777292 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 10 2025 21:39:27 | BMW Financial Services, Attn: Customer Acct., 1400 City View Dr., Columbus, OH 43215-1477 |
| 518768921 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2025 21:38:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518705648 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 21:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518705651 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2025 21:27:11 | JPMCB Card Services, Box 15369, Wilmington, DE 19850-5369 |
| 518745806 | + | Email/Text: RASEBN@raslg.com | Apr 10 2025 21:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518705652 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 21:26:48 | KOHLS DEPARTMENT STORE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518705653 | | Email/Text: camanagement@mtb.com | Apr 10 2025 21:29:00 | M&T Bank, PO Box 1288, Buffalo, NY |

Case 20-12224-MBK    Doc 92    Filed 04/12/25    Entered 04/13/25 00:14:57    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: 137 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 518705654 | ^ MEBN | Apr 10 2025 21:24:20 | 14240-1288<br>MRS BPOI LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519663900 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2025 21:29:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519663901 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2025 21:29:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC |
| 518705655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2025 21:39:53 | PORTFOLIO RECOVERY Assoc, 120 CORPORATE BLVD STE 100, Norfolk, VA 23502 |
| 518752139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2025 21:27:19 | Portfolio Recovery Associates, LLC, c/o Cabela's Club, POB 41067, Norfolk VA 23541 |
| 518705656 | ^ MEBN | Apr 10 2025 21:24:09 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518705657 | + Email/Text: DeftBkr@santander.us | Apr 10 2025 21:29:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 518705658 | + Email/Text: DeftBkr@santander.us | Apr 10 2025 21:29:00 | Santander Bank NA, Mail Code PA-WYO-BKR2, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 518800649 | + Email/PDF: ebn_ais@aisinfo.com | Apr 10 2025 21:39:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Dominick J Bazanka agorski@gorskiknowlton.com |

| | |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor LakeView Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Kathleen M Magoon | on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com, kathleenmagoon@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| Regina Cohen | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com  mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10