UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 528-0721 - facsimile
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

Order Filed on May 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dominick J Bazanka

Case No.: 20-12224

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED:** May 15, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ ___1130.00___ for services rendered and expenses in the amount of $___5.00___ for a total of $___1135.00___. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

Gorski & Knowlton PC is hereby authorized to disburse the $850.00 in their trust account.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 20-12224-MBK
Dominick J Bazanka                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: May 15, 2025    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

**Recip ID    Recipient Name and Address**
db    + Dominick J Bazanka, 339 Montana Avenue, Trenton, NJ 08619-2843

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

**Name    Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Allen I Gorski
    on behalf of Debtor Dominick J Bazanka agorski@gorskiknowlton.com

Charles G. Wohlrab
    on behalf of Creditor LakeView Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Cory Francis Woerner
    on behalf of Creditor Nationstar Mortgage LLC cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 15, 2025 | Form ID: pdf903 | Total Noticed: 1

Jason Brett Schwartz
        on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kathleen M Magoon
        on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com, kathleenmagoon@gmail.com

Regina Cohen
        on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10