| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dominick J Bazanka<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9127<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–12224–MBK | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominick J Bazanka

9/17/25                                                **By the court:** Michael B. Kaplan
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 20-12224-MBK
Dominick J Bazanka                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Sep 17, 2025      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick J Bazanka, 339 Montana Avenue, Trenton, NJ 08619-2843 |
| 518705650 | | Hamilton Pediatric Associates PC, 3 Hamilton Health Place, Suite A, Trenton, NJ 08690-3542 |
| 518807559 | | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14249 |
| 518724845 | + | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518822892 | + | Vacation Villas at Fantasy World, 5005 Kyngs Heath Road, Kissimmee, FL 34746-5574 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 18 2025 00:39:00 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2025 20:47:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, Ga 30097-8461 |
| 518716360 | + | EDI: AISACG.COM | Sep 18 2025 00:39:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518705649 | | EDI: BMW.COM | Sep 18 2025 00:39:00 | BMW Financial Services, Regional Service center, PO Box 3608, Dublin, OH 43016-0306 |
| 518777292 | + | EDI: BMW.COM | Sep 18 2025 00:39:00 | BMW Financial Services, Attn: Customer Acct., 1400 City View Dr., Columbus, OH 43215-1495 |
| 518768921 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 21:00:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518705648 | | EDI: IRS.COM | Sep 18 2025 00:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518705651 | + | EDI: JPMORGANCHASE | Sep 18 2025 00:39:00 | JPMCB Card Services, Box 15369, Wilmington, DE 19850-5369 |
| 518745806 | + | Email/Text: RASEBN@raslg.com | Sep 17 2025 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518705652 | + | EDI: CAPITALONE.COM | Sep 18 2025 00:39:00 | KOHLS DEPARTMENT STORE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518705653 | | Email/Text: camanagement@mtb.com | Sep 17 2025 20:48:00 | M&T Bank, PO Box 1288, Buffalo, NY |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 518705654 | ^ MEBN | Sep 17 2025 20:46:01 | 14240-1288<br>MRS BPOI LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519663900 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 20:48:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519663901 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 20:48:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC |
| 518705655 | EDI: PRA.COM | Sep 18 2025 00:39:00 | PORTFOLIO RECOVERY Assoc, 120 CORPORATE BLVD STE 100, Norfolk, VA 23502 |
| 518752139 | EDI: PRA.COM | Sep 18 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Cabela's Club, POB 41067, Norfolk VA 23541 |
| 518705656 | ^ MEBN | Sep 17 2025 20:45:46 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518705657 | + Email/Text: DeftBkr@santander.us | Sep 17 2025 20:48:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 518705658 | + Email/Text: DeftBkr@santander.us | Sep 17 2025 20:48:00 | Santander Bank NA, Mail Code PA-WYO-BKR2, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 518800649 | + EDI: AIS.COM | Sep 18 2025 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Dominick J Bazanka agorski@gorskiknowlton.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: 3180W | Total Noticed: 27 |

Charles G. Wohlrab
    on behalf of Creditor LakeView Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Cory Francis Woerner
    on behalf of Creditor Nationstar Mortgage LLC cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kathleen M Magoon
    on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com, kathleenmagoon@gmail.com

Regina Cohen
    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10